# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132974 & (13)(17)(19)(21)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 132974
                                  COA: 274219
CHESTER PATTERSON,                   Kent CC: 71-014614
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

Clerk